# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| **KENNETH CHATMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No.: 01-18-0002-3429 |
| | ) |
| **SYNCHRONY BANK,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Kenneth Chatman, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a negotiated resolution with regard to this case and are presently drafting and finalizing the settlement agreement and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
***Attorney for Plaintiff***
***(Admitted Pro Hac Vice)***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March, 2019, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esq.
Morgan & Morgan, Tampa, P.A.
